Filed 5/28/15  National Union Fire Ins. etc. v. Tokio Marine etc. Ins. CA2/5

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Plaintiff and Appellant, <br><br> v. <br><br> TOKIO MARINE AND NICHIDO FIRE INSURANCE COMPANY et al., <br><br> Defendants and Respondents. | B252786, B249013, B247258 <br><br> (Los Angeles County <br> Super. Ct. No. BC359837) |

APPEALS from an amended judgment and orders of the Superior Court of Los Angeles County, Richard E. Rico, Judge.  Reversed.

McCormick, Barstow, Sheppard, Wayte & Carruth LLP, James P. Wagoner, Geni K. Krogstad, and Lejf E. Knutson for Plaintiff and Appellant.

Gordon & Rees LLP, Jeffrey A. Swedo and Stephanie Alexander for Defendants and Respondents.

1

National Union Fire Insurance Company of Pittsburg, Pa (National Union) appeals the attorney fees awarded to Tokio Marine and Nichido Fire Insurance Company (Tokio Marine) following the entry of judgment in favor of Tokio Marine in the captioned superior court case.  This court reversed that judgment on February 4, 2015, as modified on March 5, 2015.  Consequently, we reverse the trial court's order awarding attorney fees.


DISPOSITION

The amended judgment and attorney fee award are reversed.  Because these consolidated appeals were not decided on their merits, the parties are to bear their own costs on appeal.  (See Cal. Rules of Court, rule 8.278.)


NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS


GOODMAN, J.[*]


We concur:


TURNER, P.J.


KRIEGLER, J.

---

[*]     Retired judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.